AO 106 (Rev. 04/10) Application for a Search Warrant

Case 1:19-mj-04021-DHH *SEALED* Document 3 Filed 02/08/19 Page 1 of 1
Case 1:19-mj-04021-DHH Document 6 Filed 02/08/19 Page 2 of 11

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated With The Cellular Device<br>Assigned Call Number (857) 247-3143 That Is Stored at<br>Premises Controlled By T-Mobile | )<br>)<br>)  Case No. 19-mj-4021-DHH<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___New Jersey___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC sec. 1343 | Wire Fraud |

The application is based on these facts:

See Affidavit of Special Agent Amy Diamond.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Amy Z. Diamond, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/08/2019

*Judge's signature*

City and state: Boston, Massachusetts          Hon. David H. Hennessy      USMJ
*Printed name and title*